401k loans

Parker Fidelity

901 Salem St

Smithfield RI 02917

Loan payoff: 17,832.45

Payment: 528.48

Final payment: 10/25


Connector Specialists Inc 401k

175 James St

Baton Rouge, LA 70087

Loan payoff: 18,608.84

Payment: 573.72

Final Payment: 08/2026