2022-10-06
*** 5915.46

Timothy George
***** five thousand nine hundred fifteen point four six

Timothy George
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

**EMPLOYER**
ITI Manufacturing, Inc.
333 Southwestern Blvd, Suite 202 Sugar Land, TX 77478

| PAY PERIOD | |
|---|---|
| Period Beginning | 2022-09-22 |
| Period Ending: | 2022-10-06 |
| Pay Date: | 2022-10-06 |
| Total Hours: | |

**EMPLOYEE**
**Timothy George**
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

SSN: ***-**-6783

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $5915.46**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Gross Salary | | | 6250.0 | 28125.0 |
| Incentive Pay | | 0.0 | 0.0 | 1500.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Health Insurance (pre-tax) (Pre-tax) | -113.07 | -339.21 |
| Child Care Reimburse non-tax | 912.0 | 1952.0 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Withholding | 664.0 | 3156.0 |
| Social Security Employee | 380.49 | 1815.72 |
| Medicare Employee | 88.98 | 424.64 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 6250 | 29625 |
| Taxes | 1133.47 | 5396.36 |
| Adjustments | 798.93 | 1612.79 |

**Net Pay**   **$5915.46**