2022-09-21
*** 5706.95

Timothy George
***** five thousand seven hundred six point nine five

Timothy George
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

**EMPLOYER**
ITI Manufacturing, Inc.
333 Southwestern Blvd, Suite 202 Sugar Land, TX 77478

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2022-09-07 |
| Period Ending: | 2022-09-21 |
| Pay Date: | 2022-09-21 |
| Total Hours: | |

**EMPLOYEE**
**Timothy George**
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-6783

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $5706.95**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Gross Salary | | | 6250.0 | 21875.0 |
| Incentive Pay | | 1000.0 | 1000.0 | 1500.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Health Insurance (pre-tax) (Pre-tax) | -113.07 | -226.14 |
| Child Care Reimburse non-tax | 0.0 | 1040.0 |

| TAXES | Current | YTD |
|---|---|---|
| Social Security Employee | 442.49 | 1435.23 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 884.0 | 2492.0 |
| Medicare Employee | 103.49 | 335.66 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 7250 | 23375 |
| Taxes | 1429.98 | 4262.89 |
| Adjustments | -113.07 | 813.86 |

**Net Pay**   **$5706.95**