2022-09-06
*** 6395.21

Timothy George
***** six thousand three hundred ninety-five point two one

Timothy George
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

**EMPLOYER**
ITI Manufacturing, Inc.
333 Southwestern Blvd, Suite 202 Sugar Land, TX 77478

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2022-08-22 |
| Period Ending: | 2022-09-06 |
| Pay Date: | 2022-09-06 |
| Total Hours: | |

**EMPLOYEE**
**Timothy George**
Timothy L George 5922 Euclid Loop Rosenberg, TX 77469

SSN: ***-**-6783

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $6395.21**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Gross Salary | | | 6250.0 | 15625.0 |
| Incentive Pay | | 500.0 | 500.0 | 500.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Health Insurance (pre-tax) (Pre-tax) | -113.07 | -113.07 |
| Child Care Reimburse non-tax | 1040.0 | 1040.0 |

| TAXES | Current | YTD |
|---|---|---|
| Social Security Employee | 411.49 | 992.74 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 774.0 | 1608.0 |
| Medicare Employee | 96.23 | 232.17 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 6750 | 16125 |
| Taxes | 1281.72 | 2832.91 |
| Adjustments | 926.93 | 926.93 |

**Net Pay**   **$6395.21**