Cause No. 22-33462

-
Undeliverable Address:
Mosaic
300 Lakeside Dr
24th Fl
Oakland CA 94612

Role type/cr id: 12327597
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 300 LAKESIDE DR
STE 2400, OAKLAND CA 94612-3572 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

P.O. Box 78080
Phoenix, AZ 85062-8080

Undeliverable Address:
TD Purchasing power com

Role type/cr id: 12327599
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Yard Card
PO Box 100270
Columbia, SC 29202-3270

_____

_____

_____          11/30/22
Signature of Debtor or Debtor's Attorney          Date