Certificate Number: 05781-TXS-DE-037017353

Bankruptcy Case Number: 22-33462


05781-TXS-DE-037017353

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2022, at 12:00 o'clock PM PST, Timothy George completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   December 3, 2022           By:   /s/Allison M Geving

                                   Name:   Allison M Geving

                                   Title:   President