IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-33462** |
| | § | **(Chapter 13)** |
| **TIMOTHY LUKE GEORGE** | § | |

### NOTICE OF APPEARANCE ON BEHALF OF HOMEBRIDGE FINANCIAL SERVICES, INC.

Please take notice that the undersigned attorney hereby appears as counsel for HomeBridge Financial Services, Inc., pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

Bradley Conway
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, TX 75024
Telephone: 972-532-0128
Facsimile: 214-291-5507
bconway@mgs-legal.com

Respectfully submitted,

*/s/ Bradley Conway*
Bradley Conway
State Bar No: 24055340
bconway@mgs-legal.com
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, TX 75024
Phone: 972-532-0128
Fax: 214-291-5507
*Attorney for HomeBridge Financial Services, Inc.*

## CERTIFICATE OF SERVICE

A copy of this Notice of Appearance was served on the persons listed below in the manner indicated on December 5, 2022.

*/s/ Bradley Conway*
**BRADLEY CONWAY**

**Via Pre-Paid U.S. Mail:**

Timothy Luke George
5922 Euclid Loop
Rosenberg, TX 77469
Debtor(s)

Brittany N. Baker
5922 Euclid Loop
Rosenberg, TX 77469
Co-Debtor(s)

**Via ECF:**

Keith Anderson Cothroll
The Law Firm of Keith A. Cothroll
8215 Long Point Rd.
Ste 8
Houston, TX 77055
Attorney for Debtor(s)

William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024
Chapter 13 Trustee

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
U.S. Trustee