UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **George, Timothy Luke**  CASE NO **22-33462**
CHAPTER **13**

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

The following payments schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,613.00 | $1,613.00 | $1,613.00 | $1,613.00 | $1,613.00 | $1,613.00 |
| **Texas Attorney General's Office** | $1,573.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **The Law Firm of Keith A. Cothroll** (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 |
| **Yard Card** | $6,595.00 | 8.75% | $2,185.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| EMERGENCY SAVINGS FUND: | | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,613.00 | $1,613.00 | $1,613.00 | $1,613.00 | $1,613.00 | $1,480.89 |
| **Texas Attorney General's Office** | $1,573.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **The Law Firm of Keith A. Cothroll** (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | $167.00 | $167.00 | $167.00 | $167.00 | $167.00 | $163.00 |
| **Yard Card** | $6,595.00 | 8.75% | $2,185.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $136.11 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| EMERGENCY SAVINGS FUND: | | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $70.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| **Texas Attorney General's Office** | $1,573.00 | 0.00% | $0.00 | $1,573.00 | - | - | - | - | - |
| **The Law Firm of Keith A. Cothroll** (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| **Yard Card** | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| EMERGENCY SAVINGS FUND: | | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Texas Attorney General's Office | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| The Law Firm of Keith A. Cothroll (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Yard Card | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | EMERGENCY SAVINGS FUND: | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Department of the Treasury | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Sup II Cinco Ranch LLC (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| Texas Attorney General's Office | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| The Law Firm of Keith A. Cothroll (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Yard Card | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | EMERGENCY SAVINGS FUND: | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Department of the Treasury | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Sup II Cinco Ranch LLC (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| Texas Attorney General's Office | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| The Law Firm of Keith A. Cothroll (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Yard Card | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | EMERGENCY SAVINGS FUND: | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| Department of the Treasury | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Sup II Cinco Ranch LLC (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| Texas Attorney General's Office | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| The Law Firm of Keith A. Cothroll (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Yard Card | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | EMERGENCY SAVINGS FUND: | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| | DISTRIBUTION TO GENERAL UNSECURED: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Department of the Treasury | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Sup II Cinco Ranch LLC (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| Texas Attorney General's Office | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| The Law Firm of Keith A. Cothroll (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| Yard Card | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | EMERGENCY SAVINGS FUND: | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| **Texas Attorney General's Office** | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| **The Law Firm of Keith A. Cothroll** (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| **Yard Card** | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| EMERGENCY SAVINGS FUND: | | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| **Department of the Treasury** | $349,328.79 | 0.00% | $0.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Sup II Cinco Ranch LLC** (Executory Contract) | $267,664.95 | 5.00% | $61,699.38 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 | $1,643.89 |
| **Texas Attorney General's Office** | $1,573.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| **The Law Firm of Keith A. Cothroll** (Attorney's Fees) | $2,000.00 | 0.00% | $0.00 | - | - | - | - | - | - |
| **Yard Card** | $6,595.00 | 8.75% | $2,185.34 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 | $136.11 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| EMERGENCY SAVINGS FUND: | | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 | $1,980.00 |
| DISTRIBUTION TO GENERAL UNSECURED: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |