UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: Timothy Luke George
    **Debtor(s).**

§   **CASE NO:** 22-33462
§
§   **CHAPTER 13**

## WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| ITI Manufacturing<br>333 Southwestern Blvd 202<br>Sugar Land, TX 77478-3755 | William Heitkamp<br>9821 Katy Freeway, Suite 590<br>Houston, TX 77024 |

The Court Orders:

1. Employer must deduct the following amounts from wages payable to  Timothy Luke George  and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $3,000.00 | $1,500.00 | $1,384.62 | $692.31 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5. **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

 Signed the _____ day of _____, 20\_\_\_.

                    _____
                    U.S. Bankruptcy Judge