UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:  Timothy Luke George       Case No: 22-33462-H5-13
    Debtor(s)      Chapter 13

## NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under Chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 9:30 am on February 23, 2023 at 515 Rusk Ave, Houston, TX 77002, on the 4th Floor of the U.S. Courthouse, in Courtroom 403.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the Chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this Chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions I.D. No. 3857
9821 Katy Freeway, Suite 590
Houston, Texas 77024
(713) 722-1200

The Debtor(s)' "**Plan Summary and Statistical Cover Sheet to Proposed Plan**" is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

United States Bankruptcy Court
Southern District of Texas

In re:  
Timothy Luke George  
　　Debtor

Case No. 22-33462-jpn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0541-4　　　　　　User: ADIuser　　　　　　Page 1 of 2  
Date Rcvd: Dec 08, 2022　　　　Form ID: pdf012　　　　　Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

\+ 　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Luke George, 5922 Euclid Loop, Rosenberg, TX 77469-2053 |
| 12327591 | + | Amreit C Ranch LP, Ferguson Braswell Fraser Kubasta, Attn John D Fraser, 2500 Dallas Pkwy 600, Plano TX 75093-4820 |
| 12327593 | + | Discover Personal Loans, PO Box 6103, Carol Stream IL 60197-6103 |
| 12327595 | + | KMD Law, 55 Waugh, Ste 150, Houston TX 77007-6033 |
| 12327596 | + | Lightstream, PO Box 117320, Atlanta GA 30368-7320 |
| 12327597 | + | Mosaic, PO Box 78080, Phoenix, AZ 85062-8080 |
| 12327598 | + | Service Mac, PO Box 100077, Duluth GA 30096-9377 |
| 12327599 | + | TD Purchasing power com, c/o Yard Card, PO Box 100270, Columbia, SC 29202-3270 |
| 12327600 | | Texas Attorney General Office, Child Support Division, PO Box 12017, Austin TX 78711 2017 |
| 12327604 | + | Yard Card, PO Box 100114, Columbia SC 29202-3114 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 12327592 | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Dec 08 2022 20:17:00 | Department of the Treasury, Bureau of the Fiscal Service, PO Box 830794, Birmingham AL 35283 0794 |
| 12328700 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2022 20:17:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12327594 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 20:27:08 | JP Morgan Chase Card, PO Box 15123, Wilmington DE 19850 |
| 12327601 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 08 2022 20:17:00 | Toyota Financial, PO Box 8026, Cedar Rapids IA 52409 |
| 12327602 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 08 2022 20:17:00 | Verizon, PO Box 489, Newark NJ 07101 0489 |
| 12327603 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2022 20:27:10 | Wells fargo, PO Box 10347, Des Moines IA 50306 0347 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HomeBridge Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Dec 08, 2022 | Form ID: pdf012 | Total Noticed: 16 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley James Conway | on behalf of Creditor HomeBridge Financial Services Inc. bconway@mgs-legal.com, mccallaecf@ecf.courtdrive.com |
| Keith Anderson Cothroll | on behalf of Debtor Timothy Luke George kcothroll@cothlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| William E. Heitkamp | heitkamp@ch13hou.com |

TOTAL: 4